# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION AT JACKSON

---

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff,

vs.                                             NO: 1:15-cv-01251-JDB-egb

BECK'S BRANCH, INC.; RIVER BREEZE
ESTATES ASSOCIATES, LLC; RIVERBREEZE AT
BECKS BRANCH HOMEOWNER'S ASSOCIATION
INC.; RIVER BREEZE ESTATES HOMEOWNERS
ASSOCIATION; RIVER BREEZE ESTATES AT
BECK'S BRANCH HOMEOWNERS ASSOCIATION,
INC.; CHARLES RUTHERFORD; JEFF COX;
DLPJW, LLC; RICHARD GLENN RUTHERFORD, JR.;
MYRA RUTHERFORD; LARRY DEAN MASSEY, JR.;
LARRY B. SANDERS, SR.; DOUGLAS S. SWANSON;
and ROBERT OLSON

    Defendants.

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT CHARLES RUTHERFORD

---

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State Farm Fire and Casualty Company ("Plaintiff" or "State Farm"), by and through counsel, hereby gives NOTICE of voluntary dismissal without prejudice of Defendant Charles Rutherford before the opposing party either served an answer or motion for summary judgment.

    WHEREFORE, PREMISES CONSIDERED, Plaintiff State Farm Fire and Casualty Company, by and through counsel, hereby gives NOTICE of voluntary dismissal without prejudice of Defendant Charles Rutherford only.

Respectfully submitted,

STATE FARM FIRE AND CASUALTY COMPANY

**HICKMAN GOZA & SPRAGINS, PLLC**
Attorneys at Law
P.O. Box 16340
Memphis, TN  38186
Ph:  (901) 881-9840

*/s/ Hal S. (Hank) Spragins, Jr.*
DAWN DAVIS CARSON, #21416
HAL S. (HANK) SPRAGINS, JR., #030360

# CERTIFICATE OF SERVICE

I do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record, including:

> J. Brandon McWherter, Esq.
> Gilbert, Russell, McWherter, Scott, Bobbitt, PLLC
> 341 Cool Springs Blvd., Suite 230
> Franklin TN 37067
> bmcwherter@gilbertfirm.com
>
> Clinton H. Scott, Esq.
> Gilbert, Russell, McWherter, Scott, Bobbitt, PLLC
> 101 North Highland
> Jackson, TN 38301
> cscott@gilbertfirm.com

DATED:  February 11, 2016.

*/s/ Hal S. (Hank) Spragins, Jr.*
HAL S. (HANK) SPRAGINS, JR., #030360