IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

---

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff,

vs.                                                          No: 1:15-cv-01251-JDB-egb

BECK'S BRANCH, INC.; RIVER BREEZE
ESTATES ASSOCIATES, LLC; RIVERBREEZE AT
BECKS BRANCH HOMEOWNER'S ASSOCIATION
INC.; RIVER BREEZE ESTATES HOMEOWNERS
ASSOCIATION; RIVER BREEZE ESTATES AT
BECK'S BRANCH HOMEOWNERS ASSOCIATION,
INC.; CHARLES RUTHERFORD; JEFF COX;
DLPJW, LLC; RICHARD GLENN RUTHERFORD, JR.;
MYRA RUTHERFORD; LARRY DEAN MASSEY, JR.;
LARRY B. SANDERS, SR.; DOUGLAS S. SWANSON;
and ROBERT OLSON,

    Defendants.

---

### AGREED ORDER REOPENING ADMINISTRATIVELY CLOSED CASE TO DISMISS WITH PREJUDICE

---

UPON the consideration of the Joint Motion to Reopen Administratively Closed Case to Dismiss with Prejudice, and by agreement of all parties who have appeared in the action, it appears to the Court that all things and matters in controversy have settled and resolved and that this action can be dismissed with prejudice; it is, therefore,

**ORDERED, ADJUDGED AND DECREED** that this action should be reopened for the purpose of dismissing the action with prejudice and that the action should be and is hereby dismissed with prejudice. The parties shall bear their own fees and costs.

IT IS SO ORDERED this 16th day of August 2017.

                                                           s/ J. DANIEL BREEN  
                                                         UNITED STATES DISTRICT JUDGE