# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

STATE FARM FIRE AND CASUALTY COMPANY,

       Plaintiff,

v.                                                          Civil Action No. 1:15-cv-1251-JDB/egb

BECK'S BRANCE, INC.; ET AL,

       Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 8/16/2017, this case is hereby dismissed with prejudice. The parties shall bear their own fees and costs.

**APPROVED:**

                                                                                   **s/J. Daniel Breen**
                                                                                  **United States District Court Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**